

**ORIGINAL**

1  H. ALEXANDER FISCH (STATE BAR NO. 223211)
   afisch@stutman.com
2  MICHAEL S. NEUMEISTER (STATE BAR NO. 274220)
   mneumeister@stutman.com
3  STUTMAN, TREISTER & GLATT, P.C.
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
5  Telephone:   (310) 228-5600
   Facsimile:   (310) 228-5788
6
7  [Proposed] Reorganization Counsel for
   Debtor and Debtor in Possession
8
   Debtor's Mailing Address:
9  18255 South Vermont Avenue, P.O. Box 19
   Gardena, CA 90248
10

**FILED**
MAY 24 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                              Deputy Clerk

**ENTERED**
MAY 26 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              Deputy Clerk

**LODGED**
MAY 20 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re | Case No. 2:11-bk-31209-BR |
| ROOSEVELT MEMORIAL PARK ASSOCIATION, a California non-profit public benefit corporation, | Chapter 11 |
|  | **ORDER (I) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO BANKRUPTCY CODE SECTION 366** |
| Debtor. |  |

Hearing

Date:  May 18, 2011
Time:  2:00 p.m.
Place: Courtroom 1668
       255 E. Temple Street
       Los Angeles, CA 90012

547780v4

1          Upon review and consideration of the "Emergency Motion for Order (I) Deeming

2   Utilities Adequately Assured of Future Performance; and (II) Establishing Procedures for

3   Determining Requests for Additional Assurance Pursuant to Bankruptcy Code Section 366"

4   (the "Motion")[1], filed by Roosevelt Memorial Park Association (the "Debtor"), the debtor-in-

5   possession in the above-captioned case, as well as the "Declaration of Malcolm G. Smith in Support

6   of First Day Motions" (the "Smith Declaration"), all other pleadings and evidence submitted in

7   connection with the Motion, including the opposition filed by the Los Angeles Department of Water

8   and Power ("LADWP"), and the arguments presented at the hearing on the Motion, the Court hereby

9   finds that:

10          1.     Notice was appropriate under the circumstances; and

11          2.     Good cause exists to grant the following relief.

12         **THEREFORE, IT IS ORDERED THAT:**

13          1.     The Motion is granted to the extent provided herein.

14          2.     The Debtor's utility service providers (the "Utilities") are prohibited from

15   altering, refusing, discontinuing service to, or discriminating against the Debtor.

16          3.     With respect to each of the Utilities that did not file an objection to the Motion

17   (the "Non-Objecting Utilities"), the Debtor is authorized to, in the exercise of its business judgment

18   and sole discretion, create an escrow account in favor of the Non-Objecting Utilities in the amount

19   of $2,591.22, which, without any additional deposit or other security, will constitute "adequate

20   assurance of payment" to the Non-Objecting Utilities within the meaning of section 366 of the

21   Bankruptcy Code.

22          4.     The Debtor shall provide LADWP with a deposit totaling $10,000.00 as

23   "adequate assurance of payment," within the meaning of section 366 of the Bankruptcy Code.  This

24   Order is without prejudice to LADWP's right to request future relief from the Court on an expedited

25   basis should the Debtor default on any payments owed to LADWP during the above-captioned case,

26   and without prejudice to the right of either the Debtor or LADWP under section 366(b) to request

---

[1]   All capitalized terms not explicitly defined herein shall have the same definition ascribed to them
in the Motion.

1    reasonable modification of the amount of the deposit described in this paragraph after notice and a

2    hearing.

3            5.     A Utility that objects to this Court's determination that the Debtor has

4    provided adequate assurance must file an Objection that sets forth the location for which Utility

5    Services were provided, the average monthly usage for the most recent one year period, the

6    prepetition amount alleged to be due and owing, and the amount of any deposit made by the Debtor

7    prior to the Petition Date.

8            6.     This Court shall set a hearing date within thirty (30) days of the Petition Date

9    to consider any Objection pursuant to Bankruptcy Code section 366(c)(3)(A).

10           7.     In the event a Utility not listed in Exhibit "2" of the Motion seeks additional

11    assurance, it must file and serve an Objection within fourteen (14) days after the date of entry of the

12    Order approving the Motion.  Such Utility shall be deemed to have been provided with adequate

13    assurance of payment in accordance with Bankruptcy Code section 366, without the need of an

14    additional deposit or other security, until an order of the Court to the contrary is entered.

15           8.     The Debtor is authorized to supplement the list of Utilities in Exhibit "2" of

16    the Motion to add Utilities subsequently discovered, and is authorized to apply all procedures

17    authorized herein to the supplemental Utilities.

18

19    Presented by:

20

21

   H. Alexander Fisch, and

22    Michael S. Neumeister, members of
   STUTMAN, TREISTER & GLATT, P.C.

23    [Proposed] Reorganization Counsel
   for Debtor and Debtor-in-Possession

24

25

26

27

28

1 | Approved as to form by:

2

3 | Carmen A. Trutanich,
Beverly A. Cook, and

4 | Wendy A. Loo
LOS ANGELES OFFICE OF THE CITY ATTORNEY

5 | Counsel for
Los Angeles Department of Water and Power

6

7

8 | # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | 3

1

2

3

4    DATED:  May 24, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
| --- | --- |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **ORDER (I) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO BANKRUPTCY CODE SECTION 366** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 20, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Personal Delivery**
Honorable Barry Russell
U.S. Bankruptcy Judge
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, CA  90012

Wendy.loo@lacity.org

☐ Service information continued on attached page

547780v.4

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
|---|---|
| Debtor(s). | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2011 | Therese A. Barron | /s/ Therese A. Barron |
|---|---|---|
| Date | Type Name | Signature |

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
|---|---|
| Debtor(s). | |

## II. **SERVED BY U.S. MAIL**

Roosevelt Memorial Park Association
18255 South Vermont Avenue
Gardena, CA 90248

1

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
|---|---|
| Debtor(s). | |

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER (I) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO BANKRUPTCY CODE SECTION 366** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 20, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

H Alexander Fisch on behalf of Debtor Roosevelt Memorial Park Association
afisch@stutman.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐     Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐     Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
547780v.4                        **F 9021-1.1.NOTICE OF ENTERED.ORDER**

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
|---|---|
| Debtor(s). | |

person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

See following page.

☒      Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

547780v.4

**F 9021-1.1.NOTICE OF ENTERED.ORDER**

| In re Roosevelt Memorial Park Association, Debtor. | CHAPTER 11 Case Number 2:11-bk-31209-BR |
|---|---|
| Debtor(s). | |

## III. SERVED BY THE LODGING PARTY VIA U.S. MAIL

Roosevelt Memorial Park Association
18255 South Vermont Avenue
Gardena, CA 90248

LA Dept of Water & Power
Acc No 1576381018200009001001
PO Box 30808
Los Angeles, CA 90030

547780v.4

1